IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSTAR RANGER, INC.,
a Florida corporation,

      Case No: 3:23-CV-01329-TJC-PDB

    Plaintiff,

v.

MRN EXPRESS, INC.,
a California corporation, and
PRIME TIME LOGSITICS, INC.,
a California corporation,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT, MRN EXPRESS, INC.**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LANDSTAR RANGER, INC. ("Landstar" or "Plaintiff") hereby moves for entry of a Default by the Clerk against Defendant, MRN EXPRESS, INC. ("MRN") and as grounds, states the following:

1. This is an action brought by Landstar to recover for losses and damages it incurred when Defendant MRN failed to properly handle, carry, and deliver goods in interstate commerce as MRN was obliged to do as a registered motor carrier.

2. At all relevant times, MRN was a motor carriers registered and authorized by the Federal Motor Carrier Safety Administration ("FMCSA").

3. Landstar utilized the services of Investigative Analysis, LLC ("Investigative Analysis") to serve MRN.

4. On November 14, 2023, Landstar, utilizing the services of Investigative Analysis, was able to effectuate service of MRN. See Dkt. No. 08.

5. On January 12, 2024, a copy of the Return of Service for MRN was filed with the Court. See Dkt. No. 08.

6. Thus, MRN's response to the Complaint was due on December 5, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Defendant has not served a responsive pleading or otherwise appeared to defend this action as required by Rule 12 of the Federal Rules of Civil Procedure.

8. Because Defendant has failed to make an appearance in this case and has otherwise failed to file a responsive pleading or request an extension of time to file a response, Landstar requests the Clerk enter a Default by Clerk for MRN's failure to file any response to the Complaint.

Date: January 17, 2024                    Respectfully submitted,

<div style="margin-left: 2em;">
/s/  Sophia L. Bernard, Esq.
Sophia L. Bernard, Esq.
Florida Bar No. 113805
Lauren Feldman, Esq.
Florida Bar No. 010075
TAYLOR NELSON PL,
20 3rd Street SW, Suite 209
Winter Haven, FL 33880
(863) 875-6950 (tel)
(863) 875-6955 (fax)
sbernard@taylorlawpl.com
lfeldman@taylorlawpl.com
efiling@taylorlawpl.com
lroberts@taylorlawpl.com

*Counsel for Plaintiff*
</div>

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2024, the foregoing document was filed with the Clerk of Court through the CM/ECF system and mailed via U.S. Mail, postage prepaid to MRN EXPRESS, INC., c/o Registered Agent, Lorrie Downey, 44251 Bellamy Lane, Callahan, FL 32011.

                                                  /s/ Sophia L. Bernard, Esq.