IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSTAR RANGER, INC.,
a Florida corporation,

              Case No: 3:23-CV-01329-TJC-PDB

 Plaintiff,

v.

MRN EXPRESS, INC.,
a California corporation, and
PRIME TIME LOGSITICS, INC.,
a California corporation,

 Defendants.
              /

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT BY CLERK<br>AGAINST DEFENDANT, PRIME TIME LOGSITICS, INC.**

  Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff LANDSTAR RANGER, INC. ("Landstar" or "Plaintiff") hereby moves for entry of a Default by the Clerk against Defendant, PRIME TIME LOGSITICS, INC. ("Prime Time Logistics") and as grounds, states the following:

  1. This is an action brought by Landstar to recover for losses and damages it incurred when Defendant Prime Time Logistics, failed to properly handle, carry, and deliver goods in interstate commerce as Prime Time

Logistics was obliged to do pursuant to the parties' Transportation Brokerage Agreement.

2. At all relevant times, Prime Time Logistics was a motor carrier registered and authorized by the Federal Motor Carrier Safety Administration ("FMCSA").

3. Landstar utilized the services of Investigative Analysis, LLC ("Investigative Analysis") to serve Prime Time Logistics.

4. On November 14, 2023, Landstar, utilizing the services of Investigative Analysis, was able to effectuate service of Prime Time Logistics. See Dkt. No. 07.

5. On January 15, 2024, a copy of the Return of Service for Prime Time Logistics was filed with the Court. See Dkt. No. 07.

6. Thus, Prime Time Logistics' response to the Complaint was due on December 5, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Defendant has not served a responsive pleading or otherwise appeared to defend this action as required by Rule 12 of the Federal Rules of Civil Procedure.

8. Because Defendant has failed to make an appearance in this case and has otherwise failed to file a responsive pleading or request an extension of time to file a response, Landstar requests the Clerk enter a

Default by Clerk for Prime Time Logistics' failure to file any response to the Complaint.

Date: January 17, 2024            Respectfully submitted,

                                         /s/ Sophia L. Bernard, Esq.
                                             Sophia L. Bernard, Esq.
                                             Florida Bar No. 113805
                                             Lauren Feldman, Esq.
                                             Florida Bar No. 010075
                                             TAYLOR NELSON PL,
                                             20 3rd Street SW, Suite 209
                                             Winter Haven, FL 33880
                                             (863) 875-6950 (tel)
                                             (863) 875-6955 (fax)
                                             sbernard@taylorlawpl.com
                                             lfeldman@taylorlawpl.com
                                             efiling@taylorlawpl.com
                                             lroberts@taylorlawpl.com

                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2024, the foregoing document was filed with the Clerk of Court through the CM/ECF system and mailed via U.S. Mail, postage prepaid to PRIME TIME LOGSITICS, INC., c/o Registered Agent, Lorrie Downey, 44251 Bellamy Lane, Callahan, FL 32011.

                                /s/ Sophia L. Bernard, Esq.