# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LANDSTAR RANGER INC., a Florida corporation,

    Plaintiff,

v.

Case No. 3:23-cv-1329-TJC-PDB

MRN EXPRESS INC, a California corporation and PRIME TIME LOGISTICS INC, a California corporation,

    Defendants.

## O R D E R

Upon review of the Notice of Voluntary Dismissal, Doc. 12, filed on February 2, 2024, this case is **DISMISSED without prejudice**. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 5th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record